IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| RAVENEAUX, LTD. | § | CASE NO. 05-32734 |
| | § | (CHAPTER 11) |
| DEBTOR. | § | |

## ORDER AUTHORIZING RAVENEAUX TO HONOR MEMBER OBLIGATIONS

On consideration of Raveneaux Limited, d/b/a Raveneaux Country Club's Emergency Motion for Authority to Honor Membership Obligations, the Court has considered the Motion on an expedited basis and has reviewed evidence and the argument of counsel and all salient factors pertaining to the proceeding. The Court believes that honoring membership obligations will further the diverse interests of the debtor, creditors and equity holders, alike. The Court finds that it is in the best interests of the estate to honor these obligations, and that the payments are in the ordinary course of business, that, to the extent they are outside thee ordinary course of business, they are hereby authorized under 11 U.S.C. §363(b).

THEREFORE, IT IS ORDERED that:

Raveneaux is authorized to honor the monthly membership obligations regardless of when the member paid dues, including discounts for referring new members in accordance with stated policies. This order is strictly limited to authorizing members that have paid dues pre-petition to use the Debtor's premises and services post-petition to the extent they have been paid for. This order does not affect any executory contracts concerning members and shall not constitute an assumption by the Debtor of any such executory contracts.

DATED 2/28/05, 2005

UNITED STATES BANKRUPTCY JUDGE