## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 05-32734-H5-11 |
| Raveneaux Limited, | § | |
| | § | Chapter 11 |
| Debtor. | § | |

### STEAMBOAT CAPITAL'S WITNESS AND EXHIBIT LIST

| | |
|---|---|
| Main Case No. 04-47742-H3-11 | Debtor: Raveneaux Limited |
| **WITNESS LIST** | Court Room Staff |
| Anthony Kindred (Adverse) | Party's Name: Steamboat Capital II, L.L.C. |
| Douglas Evans (Adverse) | Date: March 18, 2005 at 9:30 A.M.. |
| | Attorney's Name: Johnathan C. Bolton |
| | Attorney's Phone: 713/651-5151 |
| | Nature of Proceeding: Debtor's Emergency Motion to Use Cash Collateral |

### EXHIBIT LIST

| No. | Description | Offered | Objection | Admitted | Disposition After Trial |
|---|---|---|---|---|---|
| 1 | Affidavit concerning non-payment of March 2005 interest due to Steamboat Capital II, L.L.C. | | | | |
| 2 | Agreed Interim Order Authorizing Use of Cash Collateral [Dkt. No. 25] | | | | |

30875946.3

| | | | | | |
|---|---|---|---|---|---|
| 3 | Raveneaux Country Club Summary of Membership & Income Activity Period Ending 2/28/05 | | | | |
| 4A | Raveneaux Country Club Balance Sheet as of January 31, 2005. | | | | |
| 4B | Raveneaux Limited's Schedule D | | | | |
| 5 | Raveneaux Limited's Statement of Income-Summary as of January 31, 2005 | | | | |
| 6 | Raveneaux Limited's Proposed Cash Collateral Budget | | | | |
| 6A | Ingersoll-Rand Dollar Option Lease Agreement dated April 21, 2004 (Golf Carts) | | | | |
| 6C | Bill of Sale between Houston National Golf Club and Raveneaux Limited dated November 12, 2003. | | | | |
| 6D | Safeco Promissory Note and Security Agreement with Houston National Golf Club dated December 28, 2000 | | | | |
| 6E | Raveneaux Limited's Schedule D (see exhibit 4b) | | | | |
| 6F | Small Business Administration Loan Indemnity and Affidavit as to Debts and Liens dated October, 2001 | | | | |
| 6G | (See exhibit 6) | | | | |
| 6H | Restatement and Restructuring Agreement dated January 10, 2004 | | | | |
| 6I | Settlement Agreement dated May 24, 2002 between Von Hagge, Inc., Houston National Gold Club, Inc. (See Schedule D-exhibit 4B) | | | | |
| 6J | (see exhibit 6) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 7 | Raveneaux Limited's attachment 3(b) to its Statement of Financial Affairs relating to Wes Kirkham's distributions from Raveneaux | | | | |
| 8 | Raveneaux Limited's attachment 3(b) to its Statement of Financial Affairs relating to relating to Anthony Kindred | | | | |
| 8A | Raveneaux Country Club Member Transaction History Report dated March 16, 2005 | | | | |
| 9 | March 3, 2005 E-mail from Raveneaux's Board of Directors | | | | |

Dated:  March 17, 2005,
        Houston, Texas.

                                                     Respectfully submitted,

                                                      /s/  Johnathan C. Bolton_____
Zack A. Clement
State Bar No. 04361550
Johnathan C. Bolton
State Bar No. 24025260
Mark A. Worden
State Bar No. 24042194
1301 McKinney, Suite 5100
Houston, Texas  77010
Telephone:  713/651-5151
Telecopier:  713/651-5246

**ATTORNEYS FOR CREDITOR STEAMBOAT CAPITAL II, L.L.C.**

30875946.3

-3-