UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

In re: §
§
Raveneaux Limited, § Case No. 05-32734-H5-11
§
Debtor. § Chapter 11

**ORDER GRANTING MOTION TO TERMINATE DEBTOR'S EXCLUSIVITY PERIOD
TO FILE A COMPETING PLAN OF REORGANIZATION**

Upon consideration of the Motion to Terminate Debtor's Exclusivity Period to File a Competing Plan of Reorganization (the "Motion") filed by Steamboat Capital II, L.L.C. ("Steamboat"), after finding that due and adequate notice of the Motion having been given and no other or further notice being needed under the circumstances, after due consideration of the Motion, any responses thereto, the evidence presented and the arguments of counsel, and after finding sufficient cause under 11 U.S.C. § 1121(d) based on the facts and circumstances of this case, the Court has decided to GRANT the Motion for the reasons set forth therein. It is therefore

ORDERED that the Debtor's exclusive right to file a plan of reorganization is hereby TERMINATED; and it is further

ORDERED that Steamboat may propose a competing plan of reorganization in this case.

SIGNED this ___ day of July, 2005.

_____
UNITED STATES BANKRUPTCY JUDGE

*Denied w/o P.*

30952987 7

- 10 -

149