| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF TEXAS |
| **RECUSAL ORDER** | **CASE NUMBER: 05-32734-H5-11** |
| STYLE: RAVENEAUX LTD. | |
| ORDER | I stand recused in this case.<br>Deadlines in scheduling orders continue in effect.<br>Court settings are vacated.<br>Counsel must notify the new case manager of pending motions by letter within 10 days of receipt of this order. |
| | **Signed:**<br><br>*[signature]*<br><br>Chief United States Bankruptcy Judge<br><br>Dated: July 28, 2005 |
| **REASSIGNMENT** | This case is reassigned to:<br><br>Marvin Isgur |
| | Michael N. Milby, Clerk<br><br>By: *[signature]*<br>Deputy Clerk |