**Supplemental Service List**
**RAVENEAUX, LTD., Debtor;**
Case No. 05-32734-H1-11

**Member Claimants:**

Mr. and Mrs. Franklin D Teddy
9302 Stockport Drive
Spring, TX 77379

Mr. & Mrs. John L. Smith
6706 Wimbledon Trail Rd.
Spring, TX 77379

Mr. and Mrs. Gary T. Jones
6846 Tournament Drive
Houston, TX 77069

Mr. & Mrs. Robert Hawthorne
1005 N. Lake Street
Neenah, WI 54956

Curus America, Inc.
British Steel Inc.
475 N Martingale Rd #400
Schaumburg, IL 60173

Mrs. James K. Bishop
7800 Post Oak Lane #350
San Antonio, TX 78217

Mr. and Mrs. Terry Hemeyer
8430 October Shadow Ct.
Spring, TX 77379

Mr. and Mrs. Larry W. McGowan
12707 Rocky Hill
Houston, TX 77066

Mr. and Mrs. Peter Lazauskas
13702 Chelwood Place
Houston, TX 77069

Mr. and Mrs. Philip Haury
605 Stonebridge
Rockwall, TX 75087

Mr. & Mrs. Bruce Kuch
1440 Eighth Street
Manhattan Bh, CA 90266

Mr. Charles Jansky
16126 Chasemore
Spring, TX 77379

Mr. & Mrs. Archie Gregory
9611 Oxted
Spring, TX 77379

Mr. and Mrs. Larry S. Dickenson
7509 SE 76th Street
Mercer Island, WA 98040

Mr. & Mrs. James Allen Jr
13210 Mission Valley
Houston, TX 77069

Mr. and Mrs. Fabio Restrepo
9519 Fenchurch
Spring, TX 77379

Mr. & Mrs. Patrick J. Killman
13714 Leal Drive
Houston, TX 77069

John D. McClellan
3600 Briar Park
Houston, TX 77042

Mr. & Mrs. S. Clayton Snear
9414 Appin Falls Drive
Spring, TX 77379

Mr. Joseph M. Kee Jr.
1987 Spell Road
Tomball, TX 77375

Mr. & Mrs. B. Howard Rimmer
6618 Tournament Drive
Houston, TX 77069

Mr. & Mrs. Dwight Beach Jr.
7 West Windward Cove
The Woodlands, TX 77381

Mr. & Mrs. Thomas McKinney
2601 Chambers Lane
Plano, TX 75093

Mr. & Mrs. Stepen (Dortha) Zierak
2317 Vicente Ct 103
Columbus, OH 43235

Mr. & Mrs. Charles Moseley
PO Box 1509
Crystal Beach, TX 77650

Mr. and Mrs. Fred L (Mary) Martin
34 Fairway Oaks Place
The Woodlands, TX 77380

Mr. & Mrs. Robert Treadaway
3501 Brookshire Run
Corinth, TX 76210

Mr. & Mrs. Wendell Morgan
16522 Manningtree Lane
Spring, TX 77379

Mr. and Mrs. Doug Sullivan
15011 Croftwood
Houston, TX 77068

**CREDITORS:**

Silver Eagle Dist
c/o Carol
P O Box 2743
Houston, TX 77252

SBC Advanced Solutions, Inc.
P O Box 981268
West Sacramento, CA 95798

Citicapital Commercial Corporation
250 E. John Carpenter Frwy
4 Decker
Irving, TX 75062

Cypress Forest P.U.D.
873 Dulle Avenue, Suite A
Stafford, TX 77477-5710

Klein ISD
7200 Spring-Cypress Road
Klein, TX 77379-3299

Kleinwood MUD
c/o Barbara Wheeler Tax A/C
6935 Barney Road, Suite 100
Houston, TX 77092-4443