

United States Courts
Southern District of Texas
FILED

AUG 1 1 2005

Michael N. Milby, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| IN RE: | § | |
| --- | --- | --- |
|  | § | |
| RAVENEAUX, L.P. | § | CASE NO. 05-32734-H1-11 |
|  | § | Chapter 11 |
|  | § | |
| Debtor | § | |

## BALLOT FOR ACCEPTING or REJECTING PLAN

On August 3, 2005, the Debtor filed its Second Amended Chapter 11 Plan (the "Plan") [Docket #177]. The Court has entered an Order conditionally approving the Second Amended Disclosure Statement (the "Disclosure Statement") [Docket #179], with respect to the Plan. The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from Hugh M. Ray, III, 11 Greenway Plaza, Suite 1400, Houston, Texas 77046, whose telephone number is (713) 961-9045 and whose telecopy number is (713) 961-5341. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.

You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning treatment under the Plan. If your ballot is not received by Hugh M. Ray, III, 11 Greenway Plaza, Suite 1400, Houston, Texas 77046 on or before 5:00 p.m., September 9, 2005, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan. If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

## ACCEPTANCE OR REJECTION OF PLAN

The undersigned, a **membership deposit claimant [Class 5]** in the unpaid principal amount of $ _500.00_ ,

[Check One]

[✓] accepts the Plan.          [ ] rejects the Plan.

**Class 5 Membership Deposit Refund Claimants, please check one of the following:**

[✓]   I elect to be paid in full when due under the terms of my membership agreement.

[ ]   I elect to receive ten (10) cents on the dollar (or 10% of total amount of membership refund deposit) payable in 30 days from the effective date of the Plan or as soon thereafter as the claim is allowed by the Court.