IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: § | | |
| § | | |
| RAVENEAUX, LTD. § | CASE NO. 05-32734-H1-11 | |
| § | (CHAPTER 11) | |
| DEBTOR. § | | |
| § | | |
| § | | |
| § | | |
| **Confirmation Hearing on Debtor's** § | JUDGE MARVIN ISGUR | |
| **Second Amended Chapter 11 Plan of** § | Courtroom Deputy_____ | |
| **Reorganization; Motion to Approve** § | Courtroom Reporter _____ | |
| **Modification to Second Amended** § | COURT HEARING | |
| **Chapter 11 Plan; and Emergency Motion** § | Held at 9:00 a.m. | |
| **to Approve Second Modification to** § | October 3, 2005 | |
| **Second Amended Chapter 11 Plan** § | | |

# EXHIBIT LIST OF DEBTOR RAVENEAUX, LTD.

| NO. | DESCRIPTION | OFFER | OBJ | ADMIT DATE | NOT/AD DATE |
|---|---|---|---|---|---|
| 1. | Second Amended Chapter 11 Plan of Reorganization [Docket No. 177] (Filed on August 3, 2005) | | | | |
| 2. | Second Amended Disclosure Statement [Docket No. 173] (Filed on August 2, 2005) | | | | |
| 3. | Order Approving the Second Amended Disclosure Statement [Docket No. 179] (Entered on August 4, 2005) | | | | |
| 4. | Certificates of Service on Debtor's Notice of Confirmation Hearing and Related Deadlines to all members which failed to file proofs of claims [Docket Nos. 185] (Filed on August 10, 2005) | | | | |

{L:\rav005\00004\0380139.DOC;1\KJM}

| NO. | DESCRIPTION | OFFER | OBJ | ADMIT DATE | NOT/AD DATE |
|---|---|---|---|---|---|
| 5. | Certificate of Service of Plan & Disclosure Statement [Docket No. 449] (Filed on September 28, 2005), including in the package the Notice of Confirmation Hearing and Related Deadlines, evidence by its Certificate of Service [Docket No. 186] (Filed on August 9, 2005) | | | | |
| 6. | Supplemental Certificate of Service of Plan & Disclosure Statement to additional member claimants [Docket No. 184] (Filed on August 10, 2005) | | | | |
| 7. | Supplemental Certificate of Service of Plan & Disclosure Statement to Assignee of Claims and corrected addresses of creditors and claimants [Docket No. 365] (Filed on September 1, 2005) | | | | |
| 8. | Notice of Reset Hearings [Docket No. 406] (Filed on September 8, 2005) | | | | |
| 9. | Notice of Bankruptcy Filing and Deadline for Filing Proofs of Claim until June 15, 2005 served on Members [Docket No. 94] (Filed on May 13, 2005) | | | | |
| 10. | Order Extending Bar Date [Docket No. 110] (Entered on 6/3/2005); and Notice of Bankruptcy Filing and Deadline for Filing Proofs of Claim until June 30, 2005 served on remaining Members [Docket No. 114] (Filed on June 8, 2005) | | | | |
| 11. | Modification to Second Amended Chapter 11 Plan [ Docket No. 290] (Filed on August 24, 2005) | | | | |
| 12. | Emergency Motion to Approve Modification to Second Amended Chapter 11 Plan [ Docket No. 291] (Filed on August 24, 2005) | | | | |
| 13. | Second Modification to Second Amended Chapter 11 Plan [Docket No. 447] (Filed on September 26, 2005) | | | | |

| NO. | DESCRIPTION | OFFER | OBJ | ADMIT DATE | NOT/AD DATE |
|---|---|---|---|---|---|
| 14. | Emergency Motion to Approve Second Modification to Second Amended Chapter 11 Plan [Docket No. 446 ] (Filed on September 26, 2005) | | | | |
| 15. | Settlement Agreement | | | | |
| 16. | Tabulation of Balloting on Debtor's Second Amended Chapter 11 Plan of Reorganization [Docket No. 456] (Filed on September 30, 2005) | | | | |

{L:\rav005\00004\0380139.DOC;1\KJM}

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| RAVENEAUX, LTD. | § | CASE NO. 05-32734-H1-11 |
| | § | (CHAPTER 11) |
| DEBTOR. | § | |
| | § | |
| | § | |
| | § | |
| **Confirmation Hearing on Debtor's** | § | JUDGE MARVIN ISGUR |
| **Second Amended Chapter 11 Plan of** | § | Courtroom Deputy_____ |
| **Reorganization; Motion to Approve** | § | Courtroom Reporter _____ |
| **Modification to Second Amended** | § | COURT HEARING |
| **Chapter 11 Plan; and Emergency Motion** | § | Held at 9:00 a.m. |
| **to Approve Second Modification to** | § | October 3, 2005 |
| **Second Amended Chapter 11 Plan** | § | |

# WITNESS LIST OF DEBTOR RAVENEAUX, LTD.

1.   Anthony M. Kindred

{L:\rav005\00004\0380139.DOC;1\KJM}