IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| RAVENEAUX, LTD. | § | CASE NO. 05-32734-H5-11 |
| | § | (CHAPTER 11) |
| DEBTOR. | § | |

**ORDER ON DOCKET # 439, 421, 361, 343, 277, 219, and 173
SETTING FORTH STREAMLINED PROCEDURE**

ON Consideration of the above-referenced docket numbers, consisting mostly of informal and/or *pro se* pleadings by membership deposit refund claimants who failed to timely file proofs of claim, the Court ORDERS the following procedure:

a. Within 20 days of notice given by the Debtor of these procedures, each Claimant will file a sworn statement (a declaration under penalty of perjury or an affidavit) with the Court stating all the reasons why their claims should be deemed timely filed. A copy of the sworn statement will also be mailed to Debtor's Counsel.

b. Within 20 days thereafter, the Debtor will either accept the sworn statement or object to it. A copy of the objection or acceptance will be filed and mailed to the claimant.

c. If accepted, the sworn statement will be considered stipulated facts as to that claimant's request for their claim to be deemed a timely filed claim. If contested, the case will be set for hearing as a regular motion.

d. A Claimant holding an accepted statement of facts will be given a date and time to appear telephonically or by videoconference to argue their case.

e. The Court will thereafter rule on the pleadings as motions to allow a late claim to be filed. If the Court allows the Claimant to file a late claim, the claim will still be subject to objection for a period of 30 days thereafter.

f. Allowance of a late-filed claim is not a finding that money is due under the membership agreements, as the agreements contain specific provisions determining how and when money is to be paid. Rather, the rights under the membership agreement are preserved.

The Debtor is directed to serve this order on the Claimants and file a certificate of service with the court indicating the manner of service within 3 days.

Dated: 10-3-05

Marvin P. Isgur,
United States Bankruptcy Judge