IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| RAVENEAUX, LTD. | § | CASE NO. 05-32734-H5-11 |
| | § | (CHAPTER 11) |
| DEBTOR. | § | |

**ORDER ON DOCKET # 439, 421, 361, 343, 277, 219, and 173
SETTING FORTH STREAMLINED PROCEDURE**

ON Consideration of the above-referenced docket numbers, consisting mostly of informal and/or *pro se* pleadings by membership deposit refund claimants who failed to timely file proofs of claim, the Court ORDERS the following procedure:

a. Within 20 days of notice given by the Debtor of these procedures, each Claimant will file a sworn statement (a declaration under penalty of perjury or an affidavit) with the Court stating all the reasons why their claims should be deemed timely filed. A copy of the sworn statement will also be mailed to Debtor's Counsel.

b. Within 20 days thereafter, the Debtor will either accept the sworn statement or object to it. A copy of the objection or acceptance will be filed and mailed to the claimant.

c. If accepted, the sworn statement will be considered stipulated facts as to that claimant's request for their claim to be deemed a timely filed claim. If contested, the case will be set for hearing as a regular motion.

d. A Claimant holding an accepted statement of facts will be given a date and time to appear telephonically or by videoconference to argue their case.

e. The Court will thereafter rule on the pleadings as motions to allow a late claim to be filed. If the Court allows the Claimant to file a late claim, the claim will still be subject to objection for a period of 30 days thereafter.

f. Allowance of a late-filed claim is not a finding that money is due under the membership agreements, as the agreements contain specific provisions determining how and when money is to be paid. Rather, the rights under the membership agreement are preserved.

The Debtor is directed to serve this order on the Claimants and file a certificate of service with the court indicating the manner of service within 3 days.

Dated: 10-3-05

Marvin P. Isgur,
United States Bankruptcy Judge

# CERTIFICATE OF SERVICE

```
District/off: 0541-4          User: ypip              Page 1 of 3              Date Rcvd: Oct 03, 2005
Case: 05-32734                Form ID: pdf002         Total Served: 132

The following entities were served by first class mail on Oct 05, 2005.
aty        +Billy G. Baca,   LAWRENCE, BACA & DONOHUE,   5225 Katy Freeway, Suite 350,   Houston, TX 77007-2265
aty        +Carrie Ann Rohrscheib,   One Memphis Pl,   200 Jefferson Ave,   Ste 1450,   Memphis, TN 38103-8335
aty        +David S Elder,   Gardere Wynne Sewell LLP,   1000 Louisiana,   Suite 3400,   Houston, TX 77002-5011
aty        +Dawn Guilliams,   Attorney at Law,   2000 Bering, Ste 909,   Houston, TX 77057-3732
aty        +Edward L Rothberg,   Weycer Kaplan Pulaski & Zuber PC,   1400 Summit Tower,   Eleven Greenway Plaza,
             Houston, TX 77046-1100
aty        +Edward L Rothberg,   Weycer Kaplan Pulaski & Zuber,   11 Greenway Plz,   Ste 1400,
             Houston, TX 77046-1173
aty        +Hugh Massey Ray, III,   Weycer Kaplan Pulaski and Zuber PC,   Eleven Greenway Plz,   Ste 1400,
             Houston, TX 77046-1173
aty        +James Dean Salyer,   Morris Lendais et al,   1980 Post Oak Blvd,   Ste 700,   Houston, TX 77056-3848
aty        +Joe W Meyer,   Meyer Knight and Williams,   8100 Washington Ave,   Ste 1000,
             Houston, TX 77007-1059
aty        +John P Dillman,   Linebarger Goggan et al,   1301 Travis Street,   Ste 300,   Houston, TX 77002-7430
aty        +Johnathan Christiaan Bolton,   Fulbright & Jaworski,   1301 McKinney St,   Ste 5100,
             Houston, TX 77010-3093
aty        +Keavin David McDonald,   Wilshire Scott et al,   1221 McKinney,   Ste 3000,   Houston, TX 77010-2033
aty        +Mark Allan Worden,   Fulbright & Jaworski,   1301 McKinney Ste 5100,   Houston, TX 77010-3093
aty        +Melissa Anne Haselden,   Weycer Kaplan Pulaski and Zuber,   11 Greenway Plaza,   Ste 1400,
             Houston, TX 77046-1173
aty        +Robert Andrew Black,   Fulbright Jaworski LLP,   1301 McKinney,   Ste 5100,   Houston, TX 77010-3093
aty        +Simon W Hendershot, III,   Kerr & Hendershot PC,   1800 Bering Dr,   Ste 600,
             Houston, TX 77057-3352
aty        +Stephen Douglas Statham,   US Trustee,   515 Rusk,   Ste 3516,   Houston, TX 77002-2604
aty        +Trent L Rosenthal,   4265 San Felipe,   Suite 1200,   Houston, TX 77027-2917
aty        +Trent L Rosenthal,   Boyar & Miller,   4265 San Felipe,   Ste 1200,   Houston, TX 77027-2917
aty        +Yolanda M Humphrey,   Perdue Brandon et al,   1235 N Loop W,   Ste 600,   Houston, TX 77008-1772
aty        +Zack A Clement,   Fulbright & Jaworski,   1301 McKinney,   Ste 4100,   Houston, TX 77010-8000
ust        +US Trustee,   Office of the US Trustee,   515 Rusk Ave,   Ste 3516,   Houston, TX 77002-2604
cr         +A Wichterich,   9327 Tranquil Park Dr.,   Spring, TX 77379-6637
cr         +Acushnet Company,   P O Box 965,   Fairhaven, MA 02719-0965
cr          Anthony R Gullo,   30723 Hockley Rd,   Magnolia, TX  77355
cr         +Ben E. Keith Foods,   P. O. Box 901001,   Ft Worth, TX 76101-2001
cr         +Bentley & Associates PC,   515 W. Greens Rd, Suite 1180,   Houston, TX 77067-4531
asor       +Brookside Equipment,   Doris Bielamowicz,   PO Box 262324,   Houston, TX 77207-2324
cr         +Carole Williams,   20411 Jarratt Square,   Humble, TX 77338-2221
cr         +Champions Hydro Lawn Inc,   c/o Lou Triche,   13226 Kaltenbrun,   Houston, TX 77086-2220
cr          Charles R Stonestrest,   13807 Muirfield Village,   Houston, Tx  77069-1753
cr         +Chris Neelley,   9030 Napfield Dr,   Spring, TX 77379-6785
cr         +Clifford D Stoutner,   5323 Court of York,   Houston, TX 77069-1939
cr         +Dan Gregg,   3402 Woodbriar,   Houston, TX 77068-1329
cr         +David G Birney,   6015 Wakeforest St.,   Houston, TX 77005-3003
cr         +David Kaapke,   Williams Birnberg & Andersen, LLP,   2000 Bering Drive,   Suite 909,
             Houston, TX 77057-3732
cr         +Department of Treasury - IRS,   1919 Smith Street,   Houston, TX 77002-8049
cr          Dolores M Yochim,   10718 Creektree Dr.,   Houston, TX  77070-3930
cr         +Donna G Kuneman,   6319 Arbor Rose Lane,   Spring, TX 77379-7982
cr         +Douglas F Cole,   10 Villa Bend Dr,   Houston, TX 77069-1423
cr         +Douglas W Sullivan,   15011 Croftwood,   Houston, TX 77068-2401
cr         +Edward S Armstrong,   2630 Quincannon,   Houston, TX 77043-1601
cr         +Elaine M Crick,   293 Bamberg Drive,   Bluffton, SC 29910-7401
cr         +Elizabeth H Vint,   4031 Cypress Lake Dr.,   Spring, TX 77388-5720
cr         +Eugene J Woznicki,   4629 Firestone Dr,   Frisco, TX 75034-6848
cr          Faburn M Murray,   11407 Cleobrook Dr,   Houston, TX  77070
asee       +Fair Harbor Capital LLC,   875 Ave of the Americas Ste 2305,   New York, NY 10001-3507
cr         +Gary Lilly,   16618 Brendon Ct,   Spring, TX 77379-7540
cr          George Jack Larrabee,   14122 Glen Canon Lane,   Houston, TX  77069-1842
cr         +George Rootes,   15918 Tranquil Park Ct,   Spring, TX 77379-6653
cr         +Glenn Dennis,   15023 Marlebine Ct,   Houston, TX 77069-2021
cr          Guy M Robinson,   7 Switchbud Place,   Suite 192C,   The Woodlands, TX  77380-3707
cr         +Gwinette Creighton,   25 15th Place, Unit 501,   Long Beach, CA 90802-6057
cr          Harris County,   c/o John Dillman,   PO Bx 3064,   Houston, TX  77253-3064
cr         +Henry F Hickford,   5527 Pine Arbor,   Houston, Tx 77066-2432
cr          Henry W Beatherd,   2414 Pleasant Creek Dr,   Kingwood, Tx  77345-1665
cr         +Howard Kresch,   5910 Bermuda Dunes,   Houston, TX 77069-1304
cr         +IKON Office Solutions,   Recovery & Bankruptcy,   5400 Bowman Road,   Macon, GA 31210-8879
cr         +Insurance Alliance,   c/o Leland Rauch,   15923 Tranquil Park Ct,   Spring, TX 77379-6635
cr         +J L Anderson,   7 Bentgrass Place,   The Woodlands, TX 77381-6122
cr          James E Yochim,   10718 Creektree Dr.,   Houston, TX  77070-3930
cr         +James H Allen, Jr,   13210 Mission Valley,   Houston, TX 77069-2524
cr         +James N Treadaway,   9507 Godstone Lane,   Spring, TX 77379-6514
cr         +Janeen Worshek Corner,   5717 Village Way,   Katy, TX 77493-1273
cr         +Jeff Smith,   24 Thunder Hollow,   The Woodland, Tx 77381-5139
cr         +Jerry T Shelby,   14006 Cedar Point Dr,   Houston, TX 77070-2407
cr          Jerry W Carlisle,   5211 Cobble Lane,   Spring, TX  77379-8040
cr         +Joe Lee Todd,   16142 Parish Hall,   Spring, TX 77379-6630
sp         +Joe W Meyer,   Meyer Knight et al,   8100 Washington,   Ste 1000,   Houston, TX 77007-1059
cr         +John E Crick,   293 Bamberg Drive,   Bluffton, SC 29910-7401
cr         +John L Jones,   15322 Rue Saint Honore,   Tomball, TX 77377-2600
cr          John Williams,   4507 Arcada Drive,   Spring, TX  77379
cr         +Joseph W Blomker,   3326 Louvre Lane,   Houston, TX 77082-6686
cr         +Kathleen M Haury,   605 Stonebridge Drive,   Rockwell, TX 75087-3409
cr         +Kenneth E Joseph,   16303 Chipstead Dr,   Spring, TX 77379-6506
```

```
District/off: 0541-4            User: ypip                   Page 2 of 3                Date Rcvd: Oct 03, 2005
Case: 05-32734                  Form ID: pdf002              Total Served: 132

cr           +Klein ISD, et al,   c/o Perdue Brandon,    1235 North Loop West, Ste. 600,    Houston, TX 77008-1772
cr           +Larry R Lee,    386 N. Water St,    Batavia, IL 60510-1967
cr           +Layton R Buckner,    157 Scissortail Trail,    Georgetown, TX 78628-4805
cr            Leon Winters DuBose, III,    DuBose Golf Products,    17803 Autumn Trails,    Houston, TX  77084-1077
asor         +Liles & Tippit,    Martin Tippit,    523 West Poplar,    Collierville, TN 38017-2537
cr           +Margaret P Banks,    17207 Vintagewood Lane,    Spring, TX 77379-6317
cr           +Marie Blomker,    3326 Louvre Lane,    Houston, TX 77082-6686
cr           +Mary E Anderson,    7 Bentgrass Place,    The Wodlands, TX 77381-6122
cr           +Mary H Martin,    34 Fairway Oaks Place,    The Woodlands, TX 77380-0984
cr           +Marybeth Balog,    9602 Windrush Dr.,    Spring, TX 77379-6663
op           +Matt Hoffman,    Law Offices of Matt Hoffman, P.C.,    909 Fannin Street,    Suite 2350,
               Houston, TX 77010-1044
cr           +Metzger Construction Company,    2055 Silber Road, Suite 100,    Houston, TX 77055-2646
cr           +Michael A Moriarty,    404 Heights Blvd,    Houston, TX 77007-2520
cr           +Michael Morgan,    16326 Kleinwood,    Spring, TX 77379-7229
cr           +Ming-Shyong Lee,    16206 Kempton Park Drive,    Spring, TX 77379-6786
cr           +Mr. and Mrs. Bennett Moore,    P. O. Box 11349,    Spring, TX 77391-1349
cr           +Mr. and Mrs. Thomas Manning,    10823 Glenway Dr,    Houston, TX 77070-3332
cr           +Mrs. James K Bishop,    8700 Post Oak Ln, #355,    San Antonio, TX 78217-5174
cr            Nancy H Gates,    1700 Hackberry Ave,    Metairie, LA  70001-2315
cr           +Nettie M Wright,    5206 Marble Gate Lane,    Houston, TX 77069-1920
cr           +Nu West Golf Course Construction,    3835 Dacoma,    Houston, TX 77092-8717
crcm         +Official Committee of Unsecured Creditors,    c/o Trent L. Rosenthal,    Boyar & Miller, P.C.,
               4265 San Felipe, Suite 1200,    Houston, TX 77027-2917
cr           +Paulette N Jefferies,    15015 Pebble Bend,    Houston, TX 77068-2433
cr           +Peter C Webster,    16030 Algrave Ln,    Spring, TX 77379-6778
cr           +Philip L Haury,    605 Stonebridge Dr,    Rockwell, TX 75087-3409
asor         +Professional Turf Prod,    Diana Richard,    PO Box 201349,    Dallas, TX 75320-1349
cr            R.G. McNeil,    620 4th Ave, SW,    Ardmore, OK  73401-4937
cr           +Richard A Siegrist,    5241 Forest Edge Ct,    Spanford, FL 32771-7161
cr           +Robert E Treadway,    3501 Brookshire Run,    Corinth, TX 76210-4171
cr           +Robert L Jefferies,    15015 Pebble Bend,    Houston, TX 77068-2433
cr           +Robert P Betring,    3524 White Oak Point Dr,    Conroe, TX 77304-4975
cr           +Robert S Anderson,    6160 W. Mercer Way,    Mercer Island, WA 98040-4849
cr           +Roger Balog,    9602 Windrush Dr.,    Spring, TX 77379-6663
cr           +Ronald Creighton,    25 15th Place, Unit 501,    Long Beach, CA 90802-6057
cr           +Ronald T Whitehurst,    61 Magellan Drive,    Hot Springs Village, AR 71909-8108
cr            Russell Banning,    2328 Abblecreek Dr,    Conroe, TX  77384
cr           +S Clayton Snear,    9414 appin Falls,    Spring, TX 77379-6552
cr           +Safety Kleen Systems Inc,    5400 Legacy Drive,    Cluster II Bldg 3,    Plano, TX 75024-3105
cr           +Sally G Pesce,    6610 Trailway Ln,    Spring, TX 77379-4244
cr           +Sherman J Glass,    5129 Longmont,    Houston, Tx 77056-2417
cr            Spring True Value Hardware,    c/o Mohindra Patel,    7902 Lovetta Road,    Spring, TX  77379
cr           +Steamboat Capital II, L.L.C.,    Attn: Dale S. Cooney,    320 Decker Court,    Suite 109,
               Irving, TX 75062-3937
asor         +Tail Inc,    Paula Esquizarosa,    PO Box 91-8839,    Orlando, FL 32891-8839
cr           +The  Grace Co,    Tom W Grace,    7650 CR 48 N Ste D-2,    Iowa Colony, Tx 77583-3840
asor         +The LBII Group,    Kimberly Muno,    Dept 9360,    Los Angeles, CA 90084-0001
cr           +The Rebco Group Inc,    988 Blvd of the Arts #209,    Sarasota, FL 34236-4833
cr           +The Right Bank for Texas,    c/o Keavin D. McDonald,    1221 McKinney,    Suite 3000,
               Houston, TX 77010-2033
cr           +Thomas F Lemke,    106 Mountain Laurel Rd,    Daniels, WV 25832-9273
cr           +Thomas G Banks,    17207 Vintagewood Ln,    Spring, TX 77379-6317
cr           +Thomas W Soothall,    16310 Kempton Pard Drive,    Spring, Tx 77379-6796
asor         +Turf Specialties Inc,    Thomas St Roman,    927 Terry Lane,    Lake Charles, LA 70605-2649
asor         +Turfgrass America,    Michael Trice,    PO Box 201412,    Dallas, TX 75320-1412
cr           +U S Small Business Administration,    Attn: Susan Chang,    200 West Santa Ana Blvd Ste 180,
               Santa Ana, CA 92701-4134
cr           +Valeron Strength Films,    c/o Jerry Phillip,    9505 Bamboo Road,    Houston, TX 77041-7705
cr            Von Hagge, Smelek and Baril,    c/o David S. Elder,    Gardere Wynne Sewell LLP,
               1000 Louisiana, Suite 3400,    Houston, TX  77002-5011
cr           +Wendell S Williams,    5406 Three Oaks Circle,    Houston, TX 77069-2723
cr           +Wesley A Kirkham,    9415 Cypresswood Dr,    Spring, TX 77379-6917

The following entities were served by electronic transmission.
NONE.                                                                                                   TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
db            Raveneaux, Ltd.
intp          Anthony M Kindred
cr            Bruce Kuch
app           Bruce L Ripper,    Thomas Bearden Company
cr            Centerpoint Energy
cr            Charles D Tyler
cr            Citicapital Commercial Corporation
intp          Don Weatherson
cr            Elegance by Barbara
cr            Filer Unknown,   Address Unknown
cr            General Electric Capital Corporation Commercial Eq
cr            George Deloddes, Jr
cr            Helena Chemical Company
cr            James Edward Brewer
cr            Joan T Parsons
cr            Mr & Mrs James Haygood
```

```
District/off: 0541-4          User: ypip              Page 3 of 3            Date Rcvd: Oct 03, 2005
Case: 05-32734                Form ID: pdf002         Total Served: 132
```

```
            ***** BYPASSED RECIPIENTS (continued) *****
cr          Robert G Goodman
cr          Terry Hemeyer
consult     Thomas Lattin
                                                                              TOTALS: 19, * 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 05, 2005**                    **Signature:**    *Joseph Speetjens*