IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| RAVENEAUX, LTD.; dba RAVENEAUX | § | CASE NO: 05-32734 |
| COUNTRY CLUB | § | |
| Debtor(s) | § | |
| | § | CHAPTER 11 |

## ORDER DENYING CLAIM OBJECTION

The Debtor's objection to claim of membership claimants (docket #494) is denied for want of prosecution.

SIGNED 01/12/2006.

_____
MARVIN ISGUR
United States Bankruptcy Judge