IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| RAVENEAUX, LTD. | § | CASE NO.  05-32734-H1-11 |
| | § | (CHAPTER 11) |
| DEBTOR. | § | |
| | § | |

## MOTION TO VACATE OR FOR RECONSIDERATION AND REQUEST FOR HEARING DATE (Docket #511-514)

THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 20 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.

THERE WILL BE A HEARING ON THIS MOTION ON FEBRUARY 13, 2006 AT 4:00 P.M. IN COURTROOM 10-B, 515 RUSK, HOUSTON, TEXAS 70002.

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Raveneaux, Ltd., Debtor in the above entitled and numbered cause ("Debtor" or "Raveneaux") files this Motion, pursuant to 11 U.S.C. §105, and/or this Court's powers as a court in equity and/or Bankruptcy Rule 9023, for reconsideration of the Orders entered as Docket #511, 512, 513 and 514 disallowing the Debtor's claim objections entered as Docket #493, 494, 495 and 496 ("Claim Objections"), and in support thereof would respectfully show the Court as follows:

## REASONS FOR RECONSIDERATION

1.      This Court dismissed the above-captioned Claim Objections for want of prosecution. The Court's order was entered when counsel failed to appear at a hearing on the morning of January 12, 2006, a hearing set by this Court to consider the Claim Objections and properly noticed by Debtor's counsel and served upon all parties entitled to notice.

2.      While certain taxing authorities had filed responses to the Claim Objections affecting them (Docket #493 and 495), no response was filed to the other Claim Objections, and no other party appeared at the hearing to object.

3.      The Court was within its rights to dismiss the Claim Objections for want of prosecution because counsel for the Debtor did not appear and the failure to attend was not explained.   The local rules so provide.

4.      However, the Order denying the claim objection is not final.   The Court has discretion and plenary authority to vacate entry of its order.   This Court is a court of equity, measuring the burdens and hardships and avoiding undue hardship and needless expense.

5.      This Debtor has been fair to its creditors, facilitating access to the courts when informal pleadings were filed, answering questions about objections, and confirming a plan to pay the unsecured creditors in full. The Debtor, upon information and belief, recently paid the taxing authority claims in full for real estate taxes owed when it closed on its refinance loan. Thus, the only issue for the taxing authorities is the values associated with personal property and a small amount owed for penalties and interest.

6.      Likewise, no other objected-to creditor appeared at the hearing, though the Debtor provided notice. Accordingly, the Debtor requests a hearing and the opportunity to explain why some claims are the result of miscommunications or mistakes by those creditors.

{L:\rav005\00010\0388713.DOC;1\KJM}

7.     The Debtor's failure to attend the hearing was caused by events outside of the Debtor's own control.   The Debtor's counsel shoulders the entire blame for improperly calendaring the hearing internally.  However, the Debtor should not be penalized for this error.

8.     Rule 59 allows the court to reconsider the entry of an order if facts have been recently discovered that cause the court to take pause.  In this case, the Court was unaware of the Counsel's error.  Given knowledge of that error, the Court can set aside its order.  The Debtor did not intend to abandon the Claim Objections.

9.     Rule 60(b) F.R.Civ.P. sets a standard of "excusable neglect" for setting aside non-appealable final orders and judgments, and it is essentially an equitable standard, though restrictive.  However, the Debtor submits that the legal standard required to vacate an order that has not become final and non-appealable is even more discretionary and a less restrictive equitable standard.  Here, the motion to vacate or reconsider is being made the same day as the error was discovered, before the order is final and non-appealable.

10.     The Debtor submits that here, the equities favor vacatur of the orders dismissing the Claim Objections.

WHEREFORE, for the foregoing reasons, the Debtor asks this Court to vacate the Orders entered as Docket # 511, 512, 513, and 514 and re-set a hearing on Debtor's claim objections entered as Docket #493, 494, 495 and 496, and grant all such further relief as is just and proper.

DATED: January 12, 2006.

Respectfully submitted,

WEYCER, KAPLAN, PULASKI & ZUBER, P.C.

By: _____ */s/  Hugh M. Ray, III*
     EDWARD L. ROTHBERG
     State Bar No. 17313990
     HUGH M. RAY, III
     State Bar No. 24004246
     Eleven Greenway Plaza, Suite 1400
     Houston, Texas 77046
     Telephone: (713) 961-9045
     Facsimile:  (713) 961-5341

     ATTORNEYS FOR DEBTOR

## CERTIFICATE OF CONFERENCE

I certify that on January 12, 2006, I conferred with Tara Grundemeyer, counsel for the taxing authorities who appeared at the hearing, and while she does not oppose the relief sought as to the other claimants, she opposes the relief as to the taxing authorities entered by Docket #512 and 513).

_____ */s/ Hugh M. Ray, III*_____
Hugh M. Ray, III

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Motion to Reconsider has been served via the ECF system or first class mail postage prepaid on January 12 (or early January 13, 2006), to the parties shown on the Service List attached.

_____ *Hugh M. Ray, III*_____
HUGH M. RAY, III

{L:\rav005\00010\0388713.DOC;1\KJM}

**SERVICE LIST**
**Raveneaux, Ltd., Debtor**

Bruce Kuch
1440 8th St
Manhattan Beach CA 90266

Douglas Sullivan
15011 Crostwood
Houston TX 77068

Mr. and Mrs. Thomas Berrisford
305 Champions Colony III
Houston, Texas 77069-1807

George Sturges
11377 Schooner Pt.
Willis, TX 77318

Eugene Woznicki
4629 Firestone Dr.
Frisco, TX 75034

John D. McClellan
3600 Briar Park
Houston, TX 77042

Dan Gregg
3402 Woodbriar
Houston, TX 77068

Mr. & Mrs. Joseph Napoli
1405 West Clay
PMB 1272
Houston, TX 77019 9411

Michael A. Moriarty
404 Heights Blvd
Houston, TX 77007

Layton R. Buckner
157 Scissortail Trail
Georgetown, TX 78628

JP Morgan Chase Bank
Successor in Interest to Capital Bank
Lawrence Schanzmeyer
707 Travis Street TX2-N047
Houston, TX 77002

William Michael Bearslee
7761 Pleasant Slopes Ct.
Las Vegas, NV 89131

Glenn S. Dennis
15023 Marlebone Ct.
Houston, TX 77069

Ronald P. Bolen
16211 Chipstead Drive
Spring, TX 77379

Mr. & Mrs. Charles A. Champ
13602 Wendelyn Ln
Houston, TX 77069

Gary Conlan
3644 Meadow Chase
Marietta, GA 30062

Downing Investments
Don Downing
2 Antelope Trail
Kerrville, TX 78028

Earl F. Strickfaden
12102 Schultz Rd.
Maribel, WI 54227

William L. Tiderman
10813 Millridge Pines Ct.
Houston, TX 77070

Jeff Smith
24 Thunder Hollow Pl
The Woodlands, TX 77381

Richard E. White
3523 Ivy Falls
Houston, TX 77068

Edward E. Murray
10703 Laneview Drive
Houston, TX 77070

Janeen Worshek Corner
5717 Village Way
Katy, TX 77493

Mr. & Mrs. James Haygood
c/o Simon W. Hendershot III
1800 Bering Drive
Houston, TX 77057

Ronnie P. Jones
10022 Eden Valley Dr.
Spring, TX 77379

Aubrey Scully
17206 Rothko Lane
Spring, TX 77379

Charlie & Carolyn Clayton
8611 Sterling Gate Circle
Spring, TX 77379

Dianne & Robert Paulson
8811 Sterling Gate Circle
Spring, TX 77379

John L. Williams
9507 Arcade Dr.
Spring, TX 77379

Icarus Enterprises, Inc. dba
Nicholas G. Tratras
6606 Barrington Green
Houston, TX 77069-1133

Rosella McDaniel
5211 Lawn Arbor
Houston, TX 77066

Robert S. Young
3411 Candlewisp Dr.
Spring, TX 77388

Martin & Alice Kanayan
13 Stonegate Park Court
Spring, TX 77379

James L. McCaughan
13206 Paradise Valley Dr.
Houston, TX 77069

Bentley & Associates, P.C.
515 W. Greens Road
Suite 1180
Houston, TX 77067

Mr. & Mrs. Peter Webster
16030 Algrave Lane
Spring, TX 77379

Jerry H. Ross
18010 Shadow Valley Dr.
Spring, TX 77379

Sherman J. Glass, Jr.
5129 Longmont Dr.
Houston, TX 77056

Mr & Mrs George Rootes
15918 Tranquil Park Ct.
Spring, TX 77379

John C. Vint
4031 Cypress Lake
Spring, TX 77588

William J. Barrett
2590 Lalique Circle
Palm Beach Gardens, Fl 33410

Glenn D. Graff
6710 Falling Waters Dr.
Spring, TX 77379

William C. Wagner
4420 FM 1960 West
Suite 101
Houston, TX 77068

Henry Hickford
5527 Pine Arbor
Houston, TX 77066

Frank M. Matte
9330 Windrosh Dr.
Spring, TX 77379

Slaughter Distributing, Inc.
Chris Slaughter
4304 Arcady Ave
Dallas, TX 75205

Donald Cybulski
54 S Washington St
Norton, MA 2766

Marie T. Tobin
c/o Jeff Drummond
Jackson Walker LLP
901 Main Street, Suite 6000
Dallas, TX 75202

Robert R. Smith
9222 New Forest Rd
Spring, TX 77379

Joseph Bonn
545 Oakshire Place
Azawo, CA 94507

George Jack Larrabee
14122 Glen Canon Lane
Houston, TX 77069

Richard Carbonara
5500 Hillingdon Rd
Charlotte, NC 28226

Culton Ingram
110 Shoshone Ct.
Danville, CA 94526

Scott E. Boase
111102 S. Country Club Green
Tomball, TX 77375

Archie W. Dunham
141 Radney Rd
Houston, TX 77024

Shi-wern Chern
16202 Chipstead Dr.
Spring, TX 77379

C. David Mann
316 Camino Sobrante
Orwida, CA 94563

Clifford D. Stoutner
5323 Court of York
Houston, TX 77069

Estate of Keith Pettigrew
c/o Cherly Pettigrew Simpson
14854 Pettigrew Lane
Willis, TX 77318

Joan T. Parsons
c/o James D. Salyer
Morris, Lendais, Hollrah & Snowden
1980 Post Oak Blvd., Suite 700
Houston, TX 77056

Linden P. Marchand
16431 Knightrider Dr.
Spring, TX 77379

Barbara A. Marzloff
3602 Granada Ave
Dallas, TX 75205

Charles R. Stonestreet
13807 Muirfield Village
Houston, TX 77069

William B. Carroll
6515 Misty Springs Lane
Spring, TX 77379

George Christman
P. O. Box 304
Edwards, CO 81632

Jewell A Dawson (Mrs. Robert Dawson)
5615 Glen Pines Drive
Houston, TX 77069

Carl Sandin
1235 North Loop West, Suite 600
Houston, Texas 77008

Klein ISD c/o agent authorized to receive
service of process
7200 Spring-Cypress Road
Klein, TX 77379-3299

John Dillman
Heard, Linebarger
P.O. Box 3064
Houston, Texas 77253-3064

SBC Advanced Solutions, Inc.
P.O. Box 981268
West Sacramento, CA 95798

Paul Bettencourt
Harris County Tax Assessor
P O  Box 4622
Houston   TX  77210-4622