IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| RAVENEAUX, LTD. | § § | CASE NO. 05-32734-H1-11 (CHAPTER 11) |
| DEBTOR. | § § § | |

## NOTICE OF HEARING ON DEBTOR'S MOTION TO RECONSIDER (#515)

PLEASE TAKE NOTICE that an oral hearing on Debtor's Motion to Vacate or for Reconsideration (#515) has bee rescheduled for **Wednesday, March 1, 2006, at 3:00 p.m.**, in Courtroom 10-B, in the United States Bankruptcy Court, 515 Rusk, 10th Floor, Houston, Texas.

DATED: February 13, 2006.

    Respectfully submitted,

    WEYCER, KAPLAN, PULASKI & ZUBER, P.C.

    By: _/s/ Edward L. Rothberg_
    EDWARD L. ROTHBERG
    State Bar No. 17313990
    HUGH M. RAY, III
    State Bar No. 24004246
    MELISSA A. HASELDEN
    State Bar No. 00794778
    Eleven Greenway Plaza, Suite 1400
    Houston, Texas 77046
    Telephone: 713.961.9045
    Facsimile: 713.961.5341

    ATTORNEYS FOR RAVENEAUX, LTD.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded via e-mail and/or U.S. first class mail, postage prepaid, on February 13, 2006, to the parties listed on the attached Service List.

_____
HUGH M. RAY, III

{L:\rav005\00010\0391812.DOC;1\NLJ}

SERVICE LIST
Raveneaux, Ltd., Debtor

Bruce Kuch
1440 8th St
Manhattan Beach CA 90266

Douglas Sullivan
15011 Crostwood
Houston TX 77068

Mr. and Mrs. Thomas Berrisford
305 Champions Colony III
Houston, Texas 77069-1807

George Sturges
11377 Schooner Pt.
Willis, TX 77318

Eugene Woznicki
4629 Firestone Dr.
Frisco, TX 75034

John D. McClellan
3600 Briar Park
Houston, TX 77042

Dan Gregg
3402 Woodbriar
Houston, TX 77068

Mr. & Mrs. Joseph Napoli
1405 West Clay
PMB 1272
Houston, TX 77019 9411

Michael A. Moriarty
404 Heights Blvd
Houston, TX 77007

Layton R. Buckner
157 Scissortail Trail
Georgetown, TX 78628

JP Morgan Chase Bank
Successor in Interest to Capital Bank
Lawrence Schanzmeyer
707 Travis Street TX2-N047
Houston, TX 77002

William Michael Bearslee
7761 Pleasant Slopes Ct.
Las Vegas, NV 89131

Glenn S. Dennis
15023 Marlebone Ct.
Houston, TX 77069

Ronald P. Bolen
16211 Chipstead Drive
Spring, TX 77379

Mr. & Mrs. Charles A. Champ
13602 Wendelyn Ln
Houston, TX 77069

Gary Conlan
3644 Meadow Chase
Marietta, GA 30062

Downing Investments
Don Downing
2 Antelope Trail
Kerrville, TX 78028

Earl F. Strickfaden
12102 Schultz Rd.
Maribel, WI 54227

William L. Tiderman
10813 Millridge Pines Ct.
Houston, TX 77070

Jeff Smith
24 Thunder Hollow Pl
The Woodlands, TX 77381

Richard E. White
3523 Ivy Falls
Houston, TX 77068

Edward E. Murray
10703 Laneview Drive
Houston, TX 77070

Janeen Worshek Corner
5717 Village Way
Katy, TX 77493

Mr. & Mrs. James Haygood
c/o Simon W. Hendershot III
1800 Bering Drive
Houston, TX 77057

Ronnie P. Jones
10022 Eden Valley Dr.
Spring, TX 77379

Aubrey Scully
17206 Rothko Lane
Spring, TX 77379

Charlie & Carolyn Clayton
8611 Sterling Gate Circle
Spring, TX 77379

| | | |
|---|---|---|
| Dianne & Robert Paulson<br>8811 Sterling Gate Circle<br>Spring, TX 77379 | John L. Williams<br>9507 Arcade Dr.<br>Spring, TX 77379 | Icarus Enterprises, Inc. dba<br>Nicholas G. Tratras<br>6606 Barrington Green<br>Houston, TX 77069-1133 |
| Rosella McDaniel<br>5211 Lawn Arbor<br>Houston, TX 77066 | Robert S. Young<br>3411 Candlewisp Dr.<br>Spring, TX 77388 | Martin & Alice Kanayan<br>13 Stonegate Park Court<br>Spring, TX 77379 |
| James L. McCaughan<br>13206 Paradise Valley Dr.<br>Houston, TX 77069 | Bentley & Associates, P.C.<br>515 W. Greens Road<br>Suite 1180<br>Houston, TX 77067 | Mr. & Mrs. Peter Webster<br>16030 Algrave Lane<br>Spring, TX 77379 |
| Jerry H. Ross<br>18010 Shadow Valley Dr.<br>Spring, TX 77379 | Sherman J. Glass, Jr.<br>5129 Longmont Dr.<br>Houston, TX 77056 | Mr & Mrs George Rootes<br>15918 Tranquil Park Ct.<br>Spring, TX 77379 |
| John C. Vint<br>4031 Cypress Lake<br>Spring, TX 77588 | William J. Barrett<br>2590 Lalique Circle<br>Palm Beach Gardens, Fl 33410 | Glenn D. Graff<br>6710 Falling Waters Dr.<br>Spring, TX 77379 |
| William C. Wagner<br>4420 FM 1960 West<br>Suite 101<br>Houston, TX 77068 | Henry Hickford<br>5527 Pine Arbor<br>Houston, TX 77066 | Frank M. Matte<br>9330 Windrosh Dr.<br>Spring, TX 77379 |
| Slaughter Distributing, Inc.<br>Chris Slaughter<br>4304 Arcady Ave<br>Dallas, TX 75205 | Donald Cybulski<br>54 S Washington St<br>Norton, MA 2766 | Marie T. Tobin<br>c/o Jeff Drummond<br>Jackson Walker LLP<br>901 Main Street, Suite 6000<br>Dallas, TX 75202 |
| Robert R. Smith<br>9222 New Forest Rd<br>Spring, TX 77379 | Joseph Bonn<br>545 Oakshire Place<br>Azawo, CA 94507 | George Jack Larrabee<br>14122 Glen Canon Lane<br>Houston, TX 77069 |
| Richard Carbonara<br>5500 Hillingdon Rd<br>Charlotte, NC 28226 | Culton Ingram<br>110 Shoshone Ct.<br>Danville, CA 94526 | Scott E. Boase<br>111102 S. Country Club Green<br>Tomball, TX 77375 |
| Archie W. Dunham<br>141 Radney Rd<br>Houston, TX 77024 | Shi-wern Chern<br>16202 Chipstead Dr.<br>Spring, TX 77379 | C. David Mann<br>316 Camino Sobrante<br>Orwida, CA 94563 |

Clifford D. Stoutner
5323 Court of York
Houston, TX 77069

Estate of Keith Pettigrew
c/o Cherly Pettigrew Simpson
14854 Pettigrew Lane
Willis, TX 77318

Joan T. Parsons
c/o James D. Salyer
Morris, Lendais, Hollrah & Snowden
1980 Post Oak Blvd., Suite 700
Houston, TX 77056

Linden P. Marchand
16431 Knightrider Dr.
Spring, TX 77379

Barbara A. Marzloff
3602 Granada Ave
Dallas, TX 75205

Charles R. Stonestreet
13807 Muirfield Village
Houston, TX 77069

William B. Carroll
6515 Misty Springs Lane
Spring, TX 77379

George Christman
P. O. Box 304
Edwards, CO 81632

Jewell A Dawson (Mrs. Robert Dawson)
5615 Glen Pines Drive
Houston, TX 77069

Carl Sandin
1235 North Loop West, Suite 600
Houston, Texas 77008

Yolanda M. Humphrey
Perdue, Brandon, Fielder, Collins & Mott
1235 North Loop West, Suite 600
Houston, TX 77008

John Dillman
Tara L. Grundemeier
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 3064
Houston, Texas 77253-3064

SBC Advanced Solutions, Inc.
P.O. Box 981268
West Sacramento, CA 95798

Paul Bettencourt
Harris County Tax Assessor
P O Box 4622
Houston TX 77210-4622