IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § § | |
| RAVENEAUX, LTD. | § § § | CASE NO. 05-32734-H1-11 (CHAPTER 11) |
| DEBTOR. | § § § | |

### ORDER VACATING DOCKET #511, 512, 513 AND 514 AND DISALLOWING CERTAIN CLAIMS (Relating to Docket #511-514)

The Debtor, Raveneaux, Ltd. ("Debtor") has requested that this Court vacate the Orders entered on January 12, 2006, as Docket #511, 512, 513 and 514, which disallowed the Debtor's claim objections (Docket #493, 494, 495 and 496). The Court has carefully considered this Motion and is of the opinion that that Docket #511, 512, 513 and 514 should be and are hereby VACATED. Furthermore, based on evidence presented at the hearing and findings read into the record, it is

ORDERED that the Debtor's Objection to Certain Member Claims (Docket #494) is sustained and the affected claims are allowed in reduced amounts or disallowed as shown on the attached Exhibit "A"; and it is further

ORDERED that the Debtor's Objection to SBC Advanced Solutions (Docket #496) is sustained and therefore Claim #136 is allowed in the reduced amount of $1521.21; and it is further

ORDERED that the Objections to the Claims of Klein ISD (docket #495) and Harris County (Docket #493) have been rendered moot by agreement.

Date: 3-1-06

_____
UNITED STATES BANKRUPTCY JUDGE

Objectionable Security Deposit Claims

| Challenged Claims Creditor | Type/Nature of Claim | Date Filed | Claim No. | Amount Claimed | Reduced Amount Allowed | Debtor Comment | Ownership |
|---|---|---|---|---|---|---|---|
| George Christman | Secured | 6/30/2005 | 291 | $750.00 | $625.00 | resigned | |
| Aubrey Scully | General Unsecured | 6/7/2005 | 122 | $4,500.00 | $4,500.00 | current | |
| William B. Carroll | General Unsecured | 6/13/2005 | 184 | $2,000.00 | $750.00 | resigned | |
| Icarus Enterprises, Inc. dba Nicholas G. Tratras | General Unsecured | 6/30/2005 | 299 | $5,000.00 | $4,500.00 | current | |
| Bruce Kuch | General Unsecured | 6/7/2005 | 135 | $7,146.12 | $4,500.00 | current | |
| Dianne & Robert Paulson | General Unsecured | 6/27/2005 | 133 | $10,000.00 | $4,000.00 | current | |
| Douglas Sullivan | General Unsecured | 5/26/2005 | 83 | $12,500.00 | $5,000.00 | resigned | |
| Mr. and Mrs. Thomas Berrisford | General Unsecured | 5/17/2005 | 46 | $5,500.00 | $4,408.83 | current | |
| Mr. & Mrs. Charles A. Champ | General Unsecured | 5/26/2005 | 80 | $7,290.54 | $5,500.00 | current | |
| Barbara A. Marzloff | Priority | 6/29/2005 | 283 | $1,500.00 | $1,200.00 | resigned | |
| Glenn D. Graff | General Unsecured | 6/14/2005 | 199 | $9,282.18 | $6,000.00 | current | |
| Donald Cybulski | General Unsecured | 6/15/2005 | 222 | $750.00 | $700.00 | resigned | |
| Clayton R. Buckner | General Unsecured | 5/20/2005 | 55 | $9,490.00 | $8,300.00 | resigned | |
| Terry H. Ross | General Unsecured | 6/9/2005 | 160 | $9,932.00 | $8,000.00 | current | |
| William J. Barrett | General Unsecured | 6/14/2005 | 193 | $7,700.00 | $6,500.00 | current | |
| Jeff Smith | General Unsecured | 6/2/2005 | 107 | $750.00 | $700.00 | resigned | |
| Gary Conlan | General Unsecured | 6/1/2005 | 95 | $750.00 | $700.00 | resigned | |
| Michael A. Moriarty | General Unsecured | 5/19/2005 | 54 | $10,000.00 | $8,500.00 | current | |
| Mr. & Mrs. James Haygood | General Unsecured | 6/6/2005 | 119 | $15,000.00 | $7,500.00 | resigned | |
| John C. Vint | General Unsecured | 6/14/2005 | 192 | $7,500.00 | $500.00 | resigned | |
| Robert S. Young | General Unsecured | 6/8/2005 | 139 | $12,500.00 | $9,000.00 | resigned | |
| Chi-wern Chern | General Unsecured | 6/24/2005 | 268 | $750.00 | $700.00 | resigned | |
| Mr. & Mrs. Peter Webster | General Unsecured | 6/9/2005 | 153 | $1,500.00 | $1,200.00 | resigned | |
| Caneen Worshek Corner | General Unsecured | 6/3/2005 | 110 | $10,000.00 | $7,500.00 | resigned | |
| Eugene J. Woznicki | General Unsecured | 7/13/2005 | 313 | $12,000.00 | $10,750.00 | resigned | |
| Marie T. Tobin | General Unsecured | 6/15/2005 | 226 | $10,500.00 | $10,050.00 | current | |
| Estate of Keith Pettigrew | General Unsecured | 6/27/2005 | 272 | $12,000.00 | $10,000.00 | resigned | |
| William Michael Bearslee | General Unsecured | 5/20/2005 | 58 | $25,347.95 | $10,750.00 | resigned | |
| Downing Investments | General Unsecured | 5/27/2005 | 87 | $12,150.00 | $12,000.00 | current | |
| Rosella McDaniel | Priority | 6/8/2005 | 137 | $10,347.92 | $8,000.00 | current | |
| Mr & Mrs George Rootes | General Unsecured | 6/10/2005 | 171 | $15,000.00 | $10,000.00 | resigned | |
| Archie W. Dunham | Secured | 6/24/2005 | 267 | $11,975.00 | $10,750.00 | resigned | |
| Clifford D. Stoutner | General Unsecured | 6/27/2005 | 277 | | | | |

11/16/2005



EXHIBIT A

| Creditor | Type/Nature of Claim | Date Filed | Claim No. | Amount Claimed | Reduced Amount Allowed | Debtor Comment | Challenge Ownership Ownership |
|---|---|---|---|---|---|---|---|
| Bentley & Associates, P.C. | General Unsecured | 6/9/2005 | 152 | $11,975.00 | $10,750.00 | resigned | |
| B. Howard Rimmer | General Unsecured | 6/20/2005 | 248 | $16,750.00 | $10,750.00 | current | |
| Slaughter Distributing, Inc. | General Unsecured | 6/15/2005 | 213 | $10,500.00 | $8,333.33 | resigned | |
| Scott E. Boase | General Unsecured | 6/23/2005 | 260 | $14,500.00 | $13,750.00 | current | |
| William L. Tiderman | General Unsecured | 6/3/2005 | 109 | $8,900.00 | $8,500.00 | current | |
| Ronald P. Bolen | General Unsecured | 5/25/2005 | 68 | $5,000.00 | $3,895.00 | current | |
| Charlie & Carolyn Clayton | General Unsecured | 6/7/2005 | 123 | $10,500.00 | $5,500.00 | current | |
| Edward E. Murray | General Unsecured | 6/6/2005 | 116 | $6,605.00 | $5,000.00 | current | |
| Joseph Bonn | General Unsecured | 6/16/2005 | 231 | $2,775.00 | $2,200.00 | resigned | |
| Joseph Bonn | General Unsecured | 6/9/2005 | 155 | $5,090.00 | $1,800.00 | resigned | |
| Sherman J. Glass, Jr. | General Unsecured | 6/20/2005 | 245 | $7,500.00 | $2,307.81 | current | |
| John D. McClellan | General Unsecured | 7/6/2005 | 308 | $7,500.00 | $1,557.81 | current | |
| Joseph Napoli | General Unsecured | 5/25/2005 | 76 | $4,500.00 | $0.00 | duplicate | |
| Glenn S. Dennis | Priority | 5/31/2005 | 94 | $2,225.00 | $0.00 | duplicate | |
| Earl F. Strickfaden | General Unsecured | 6/2/2005 | 102 | $6,000.00 | $0.00 | duplicate | |
| Richard E. White | Priority | 6/8/2005 | 138 | $2,225.00 | $0.00 | duplicate | |
| John L. Williams | Priority | 6/8/2005 | 142 | $2,225.00 | $0.00 | duplicate | |
| Martin & Alice Kanayan | Priority | 6/15/2005 | 208 | $2,225.00 | $0.00 | duplicate | |
| William C. Wagner | Priority | 6/16/2005 | 228 | $2,225.00 | $0.00 | duplicate | |
| Robert R. Smith | Priority | 6/16/2005 | 231 | $2,225.00 | $0.00 | duplicate | |
| Joseph Bonn | Priority | 6/16/2005 | 234 | $750.00 | $0.00 | duplicate | |
| Richard Carbonara | General Unsecured | 6/16/2005 | 235 | $2,775.00 | $0.00 | duplicate | |
| Joseph Bonn | General Unsecured | 6/16/2005 | 235 | $2,225.00 | $0.00 | duplicate | |
| George Jack Larrabee | General Unsecured | 6/16/2005 | 236 | $8,000.00 | $0.00 | duplicate | |
| Culton Ingram | Priority | 6/17/2005 | 243 | $2,225.00 | $0.00 | duplicate | |
| C. David Mann | Priority | 6/23/2005 | 265 | $2,225.00 | $0.00 | duplicate | |
| Joan T. Parsons | Priority | 6/27/2005 | 273 | $2,225.00 | $0.00 | duplicate | |
| Charles R. Stonestreet | General Unsecured | 6/29/2005 | 284 | $2,507.00 | $0.00 | duplicate | |

| Creditor | Type/Nature of Claim | Date Filed | Claim No. | Amount Claimed | Reduced Amount Allowed | Debtor Comment | Ownership |
|---|---|---|---|---|---|---|---|
| James L. McCaughan | General Unsecured | 6/9/2005 | 154 | $7,500.00 | $7,500.00 | current | American Building Maintenance |
| Dan Gregg | General Unsecured | 5/18/2005 | 51 | $6,000.00 | 0.00 | resigned | NDG Inc. |
| George Sturges | General Unsecured | 5/17/2005 | 47 | $15,000.00 | 0.00 | resigned | Alliance Companies Inc. |
| JP Morgan Chase Bank | General Unsecured | 6/11/2005 | 172 | $10,000.00 | 0.00 | current | Bank One Texas NA |
| Jewell A Dawson (Mrs. Robert Da | General Unsecured | 7/1/2005 | 305 | $10,000.00 | 0.00 | current | Dispute-Borden Inc? |
| Frank M. Matte | General Unsecured | 6/14/2005 | 204 | $3,673.51 | 0.00 | current | BP AMACO |
| Larry & Gale Dickenson | General Unsecured | 6/13/2005 | 187 | $10,000.00 | 0.00 | resigned | Texas Air Corp. |
| Henry Hickford | General Unsecured | 6/15/2005 | 214 | $10,000.00 | 0.00 | current | NOVA Computer |
| Linden P. Marchand | General Unsecured | 6/29/2005 | 289 | $10,000.00 | 0.50 | current | Nicor Drilling |
| Ronnie P. Jones | General Unsecured | 6/7/2005 | 128 | $3,784.00 | 0.00 | current | Grant Thornton |