IN THE UNITED STATES DISTRICT COURT
BANKRUPTCY DIVISION
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| IN RE: | § | CASE NUMBER: |
|---|---|---|
| Raveneaux, Ltd. | § | 05-32734-H1-11 |

# Amended
## DEBTOR(S) POST-CONFIRMATION CERTIFICATE

| COMPLETE FOR CHAPTER 11 CASES ONLY | | | |
|---|---|---|---|
| ☒ 1 Plan Confirmed<br>☐ 2 Plan Not Confirmed | 100 % | Dividend to Be Paid | ☐ Check box if future payments are contemplated under Chapter 11 Plan but percentage dividend is not determinable. |
| $ $10,086,529.63 | 1. TOTAL RECEIPTS AND DISTRIBUTIONS (Do not complete below if amount is zero) | | |

|  |  | FEES AND EXPENSES |
|---|---|---|
| $ | -0- | 2. Trustee Compensation |
| $ | -0- | 3. Fee for Attorney for Trustee |
| $ | 284,773.44 | 4. Other Professional Fees and All Expenses (including Fee for Attorney for Debtor) |
|  |  | **DISTRIBUTIONS** |
| $ | 9,238,503.74 | 5. Secured Creditors |
| $ | 45,695.54 | 6. Priority Creditors |
| $ | 517,556.91 | 7. Unsecured Creditors |
| $ | -0- | 8. Equity Security Holders |
| $ | -0- | 9. Other Distributions (including Payments to Debtor) |

\* Fees paid to U.S. Trustee are considered expenses of the estate and are to be reported item #4.

The above information is provided to the best of my knowledge, information, and belief under rule 9011(a).

Signed: _____  Name: Anthony M Kenley
Attorney for Debtor(s)              Address: 9415 Cypresswood Dr., Spring, TX 77379

Dated: May 25, 2006                 Attorney's Phone No. 281-370-6370

000241   10101-241-24088